United States District Court

Eastern District of California

John Robb,

     Petitioner,       No. Civ. S 05-2265 GEB PAN P

  vs.       Order

Tom L. Carey,

     Respondent.

-oOo-

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. See 28 U.S.C. § 2254. Petitioner has paid the filing fee. His November 8, 2005, application to proceed in forma pauperis is deemed withdrawn.

A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

1 Petitioner may be entitled to relief.

2     I therefore direct respondent to respond to petitioner's application within 60 days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.  If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's November 8, 2005, petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Attorney General for the State of California.

    Dated:  February 2, 2006.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge