IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ROBB,

    Petitioner,                        2:05-cv-2265-GEB-EFB-P

    vs.

TOM L. CAREY,

    Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 28, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2007, are adopted in full;

2. Respondent's April 6, 2006, motion to dismiss is denied;

3. Respondent is directed to file an answer addressing the merits of the petition within sixty days;

4. Respondent is directed to include with his answer all transcripts and other documents relevant to the issues presented in the petition. *See* Rule 5, Fed. R. Governing § 2254 Cases; and

5. Petitioner is directed to file a reply, if any, within thirty days after service of the answer.

Dated: March 22, 2007

GARLAND E. BURRELL, JR.
United States District Judge